7-8 Des Moines Falls, 208-565 Forest Preserve District of Dupage County v. first National Bank of Franklin Park at Ball with the people, XREL, Lisa Mannigan as intervener On behalf of the capital office, Mr. James M. Wagner Mr. Scott M. Day Mr. Richard S. Hudson Mr. Richard Hudson, Assistant Attorney General Mr. Richard S.